AMERICAN SHORTENING CORPORATION, Respondent, v. CROWN FLOUR CORPORATION et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

NICHOLAS MARMALUK, Respondent, v. NEW YORK DOCK COMPANY, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

SEAMEN'S BANK FOR SAVINGS IN THE CITY OF NEW YORK, Appellant, v. ARTHUR SMADBECK, as Executor of AUGUST HECKSCHER, Deceased, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

SYLVIA S. LEIGHTON, Appellant, v. NEW YORK LIFE INSURANCE COMPANY et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

ANTOINETTE M. CONDON, as Limited Ancillary Administratrix of the Estate of JAMES D. CONDON, Deceased, Appellant, v. SIGMUND JANAS, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

ANDREW Q. BRODSKY et al., Doing Business as BRODSKY, DEUTSCH & COMPANY, Respondents, v. BERNARD R. LIEBERMAN, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK GOLDSCHMIDT, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

BLANCHE MARQUIS, Appellant, v. LEONARD J. MARQUIS et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.; Dore, J., dissents and votes to reverse and deny the motion. [178 Misc. 702.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE STAMES, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of JAMES F. EGAN, Public Administrator of New York County, as Administrator of the Estate of MENUSH YAHYA, Deceased, Respondent. ELIAS HASSAN, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

MARIE RUSSOMANDO et al., Appellants, v. THIRD AVENUE RAILWAY COMPANY et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

JOSEPH GALLIN, Appellant, v. LURIE AUTO Co., INC., Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of FRANK J. BARNES, Petitioner, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.